IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:18-cv-545-D

EDIBLE ARRANGEMENTS, LLC; and
EDIBLE IP, LLC,

    Plaintiffs,

v.

KENRICK SMITH d/b/a EDIBLE FRUIT
ARRANGEMENTS,

    Defendant.

## FINAL JUDGMENT ON CONSENT AND PERMANENT INJUNCTION

WHEREAS, Plaintiffs Edible Arrangements, LLC and Edible IP, LLC (collectively "Plaintiffs") and Defendant Kenrick Smith d/b/a Edible Fruit Arrangements ("Defendant") have reached the following agreement in settlement of this action, and consent to the entry of this Final Judgment on Consent and Permanent Injunction, based upon the following stipulated findings of fact and conclusions of law, which this Court hereby adopts for the purposes of the entry of this Final Judgment on Consent and Permanent Injunction.

1.    Plaintiffs own and use various marks comprising or containing the terms EDIBLE or EDIBLE ARRANGEMENTS, either alone and/or with other words or designs, in connection with a variety of goods and services, including without limitation various fresh and processed fruit products and related retail services (collectively, the "EDIBLE Marks").

2.    Plaintiffs own and use marks comprising a daisy design, featuring six petals and a spherical center, in connection with a variety of goods and services, including without limitation various fresh and processed fruit products and related retail services (the "Daisy Design Marks").

3. Plaintiff Edible IP, LLC owns numerous U.S. trademark registrations and applications for the EDIBLE Marks and for the Daisy Design Marks, including without limitation those shown on Exhibit A attached hereto.

4. Defendant has operated an online floral and gift business under the name "Edible Fruit Arrangements," or variations thereof including "Eatable Fruit Arrangements," and has advertised that business at a website ("Smith's Website") located at www.edible-fruit-arrangements.com and www.ediblearrangementsandfruitbouquets.com ("Smith's Domain Names").

5. On November 12, 2018, Plaintiffs filed the initial complaint in this action asserting claims against Defendant for trademark infringement, trade dress infringement, false designations of origin, unfair competition, and cyberpiracy under the Lanham Act, 15 U.S.C. §1051 et seq.; unfair competition under the common law of the State of North Carolina; and unfair or deceptive trade practices under N.C. Gen. Stat. § 75-1.1 et seq..

6. In response to the filing of this action, Smith does not contest liability for Plaintiffs' claims and has disabled Smith's Website.

7. The parties have agreed to resolve this litigation upon the terms set forth in this Final Judgment on Consent and Permanent Injunction.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the parties and over the subject matter in issue, and venue is proper in this District.

2. Defendant acknowledges and agrees not to challenge the validity of the EDIBLE Marks and the Daisy Design Marks.

3. Defendant, any persons or entities he controls, and any other persons or entities in

2

active concert or participation with any of them, are hereby permanently enjoined and restrained from:

  A. Using, displaying, advertising, promoting, registering or seeking to register, or incorporating into any domain name, social media user name or title or post, hashtag, HTML code, search engine result listings, search engine optimization, website title, website metadata, website meta names, website metatags, or website meta descriptions, any term or terms comprising or containing the terms EDIBLE, EDIBLE ARRANGEMENTS, or any other designations confusingly similar thereto; and/or

  B. Using, displaying, advertising, promoting, registering or seeking to register, or exploiting in any other way the Daisy Design Marks or any other designs or marks confusingly similar to the Daisy Design Marks.

4. By no later than 10 days after entry of this Final Judgment on Consent and Permanent Injunction, Defendant will transfer Smith's Domain Names to Plaintiffs or Plaintiffs' designee.

5. Each party shall bear its own costs and attorney's fees in connection with this litigation.

6. This Court shall retain continuing jurisdiction over the parties to this Final Judgment on Consent and Permanent Injunction and over the subject matter of the action for the purposes of interpreting and enforcing the terms of this Final Judgment on Consent and Permanent Injunction.

7. All of the parties hereto consent to the issuance and entry of this Final Judgment on Consent Permanent Injunction and waive the right to appeal from or otherwise contest this

Final Judgment on Consent and Permanent Injunction, which may be entered in the form and content set forth above without further notice to any party.

AGREED AS TO FORM AND SUBSTANCE:

EDIBLE ARRANGEMENTS, LLC.

By: _____
Name: MIKE ROTONDO
Title: CEO
Dated: 3-12-2019

EDIBLE IP, LLC

By: _____
Name: ADAM HAKIM
Title: General Counsel
Dated: 3/12/2019

KENRICK SMITH d/b/a EDIBLE FRUIT ARRANGEMENTS

By: _____
Dated: 03/11/2019

APPROVED AND ORDERED this 15 day of April, 2019.

_____
JAMES C. DEVER III
United States District Judge

# Exhibit A

Exhibit A to Final Judgment on Consent and Permanent Injunction

| Mark | Serial No. / Registration No. |
|---|---|
| EDIBLE | Reg. No. 4319940 |
| EDIBLE | Reg. No. 5614310 |
| EDIBLE | Ser. No. 87698471 |
| EDIBLE | Ser. No. 87166534 |
| EDIBLES | Ser. No. 88227154 |
| EDIBLE & Fruit Basket Design <br> edible | Ser. No. 87726646 |
| EDIBLE & Fruit Basket Design <br> edible | Reg. No. 5,513,739 |
| EDIBLE ARRANGEMENTS | Reg. No. 2356362 |
| EDIBLE ARRANGEMENTS | Reg. No. 3844160 |
| EDIBLE ARRANGEMENTS | Reg. No. 2934715 |
| EDIBLE ARRANGEMENTS | Reg. No. 4328107 |
| EDIBLE ARRANGEMENTS & Fruit Basket Design <br> Edible ARRANGEMENTS | Reg. No. 3141566 |
| EDIBLE ARRANGEMENTS & Fruit Basket Design <br> Edible ARRANGEMENTS | Reg. No. 3844161 |

| Mark | Serial No. / Registration No. |
|---|---|
| EDIBLE ARRANGEMENTS & Fruit Basket Design (On Left) edible arrangements | Reg. No. 5286720 |
| EDIBLE ARRANGEMENTS ARRANGEMENT FOAM | Reg. No. 3545601 |
| EDIBLE ARRANGEMENTS GROUP ADVANCEMENT ASSOCIATION | Ser. No. 87308665 |
| EDIBLE BRANDS | Reg. No. 3654276 |
| EDIBLE CAKES | Reg. No. 5018244 |
| EDIBLE CARES | Reg. No. 4471794 |
| EDIBLE COMMERCE | Reg. No. 5220704 |
| EDIBLE FOR BUSINESS | Reg. No. 5,596,071 |
| EDIBLE GOURMET | Ser. No. 87188299 |
| EDIBLE GROWTH ASSOCIATION | Ser. No. 86792483 |
| EDIBLE GROWTH COUNCIL | Ser. No. 86738157 |
| EDIBLE IS IBLE & Design edible is ♥ible | Ser. No. 87882329 |
| EDIBLE NUMBERS | Reg. No. 3545605 |
| EDIBLE NUMBERS | Reg. No. 4592970 |
| EDIBLE POPS | Reg. No. 4648061 |
| EDIBLE POPS BOUQUET | Reg. No. 5216025 |
| EDIBLE REVEAL | Ser. No. 87123889 |

| Mark | Serial No. / Registration No. |
|---|---|
| EDIBLE REWARDS | Reg. No. 4668312 |
| EDIBLE SIGNATURE CHOCOLATE | Ser. No. 87113430 |
| EDIBLE SURPRISE | Ser. No. 87123880 |
| EDIBLE TO GO | Reg. No. 4068508 |
| EDIBLE TO GO (Stylized)<br>Edible To Go | Reg. No. 4300422 |
| EDIBLE TREATS | Ser. No. 87833917 |
| EDIBLE TREATS & Fruit Basket Design<br>edible —treats— | Ser. No. 87834230 |
| EDIBLE TURKEY | Ser. No. 88/044289 |
| FRUITFLOWERS INCREDIBLY EDIBLE DELITES & Design<br>FruitFlowers Incredibly Edible Delites | Reg. No. 3387369 |
| WE ARE EDIBLE BRANDS | Reg. No. 4846371 |
| WELCOME TO THE WORLD OF EDIBLE ARRANGEMENTS | Reg. No. 4273377 |
| DESIGN | Reg. No. 5,052,200 |